# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 09-00697 VAP (JCx)                            Date:  January 31, 2011

Title:       ANDY H. CHO, an individual -v- NBGI, INC., a California Corporation; CITIBANK, N.A., a California Corporation and DOES 1-10, inclusive
================================================================
PRESENT:      HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

    Marva Dillard                                    None Present
    Courtroom Deputy                        Court Reporter

ATTORNEYS PRESENT FOR                    ATTORNEYS PRESENT FOR
PLAINTIFFS:                              DEFENDANTS:

   None                                     None

PROCEEDINGS:      MINUTE ORDER ORDERING DEFENDANT AND
                  INTERVENOR TO SHOW CAUSE  (IN CHAMBERS)

     On April 9, 2009, Plaintiff Andy Cho ("Plaintiff" or Mr. Cho) filed a Complaint against Defendants NGBI, Inc., ("NGBI") and Citibank NA ("Citibank").  (Doc. No. 1.) On April 27, 2009, Plaintiff filed a proof of service on NBGI.  (Doc. No. 5.)  At the time Plaintiff filed the Complaint, Timothy Douglas Thurman represented Plaintiff. (<u>See</u> Doc. No. 1.)

     On September 17, 2009, the Court granted Aurora Loan Services LLC's motion ("Aurora") to intervene in the instant case.  (Doc. No. 15.)  Aurora filed its Complaint in Intervention against Mr. Cho on September 23, 2009.

EDCV 09-00697 VAP (JCx)
ANDY H. CHO, an individual v. NBGI, INC., a California Corporation;  CITIBANK, N.A., a California Corporation and DOES 1-10, inclusive
MINUTE ORDER of January 31, 2011

     In approximately December 2009, it came to the Court's attention that Mr. Thruman was no longer eligible to practice law.  (Doc. No. 19 ("Dec. 17, 2009, Order").)  The Court ordered Mr. Thurman to advise Mr. Cho of his (Mr. Thurman's) ineligibility, and provide the Court with a copy of the notification, and proof of service on Mr. Cho.  (Id. at 2.)  Mr. Thurman did not comply with the December 17, 2009, Order.

     On January 26, 2010, the Court ordered NGBI "to provide a report to the Court no later than February 1, 2010 providing either (1) current or last known address information for Plaintiff if known to Defendant; or (2) if such information is unknown to Defendant, a statement to that effect."  (Doc. No. 20.)  NGBI failed to provide the required report.

     Accordingly, the Court ORDERS Defendant NGBI, Inc., to show cause, in writing, why sanctions should not be imposed for failure to comply with the January 26, 2010, Order.  NGBI may respond by either explaining the reason for its failure to comply, or by providing the report required in the January 26, 2010, Order.  Defendant NGBI has until no later than February 10, 2011, to file its response.

     Additionally, Intervenor Aurora filed its Complaint in Intervention on September 23, 2009.  Intervenor Defendant, Mr. Cho, has not filed an answer.  To date, Aurora has not dismissed the complaint nor moved for default.  Accordingly, the Court ORDERS Intervenor Aurora Loan Services, LLC, to show cause, in writing, no later than February 10, 2011, why its Complaint in Intervention against Mr. Cho should not be dismissed for failure to prosecute.

     **IT IS SO ORDERED.**