1
2
3                           **JS-6**
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

11 | ANDY H. CHO, an individual, ) Case No. EDCV 09-00697 VAP (JCx)
12 | )
   |          Plaintiff, ) **JUDGMENT**
13 | )
   |     v. )
14 | )
   | NBGI, INC., a California )
15 | Corporation; CITIBANK, )
   | N.A., a California )
16 | Corporation and DOES 1- )
   | 10, inclusive, )
17 | )
   |          Defendants. )
18 | _____

19
**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

     Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.


Dated: <u>March 25, 2011</u>           /s/ Virginia A. Phillips
                                        VIRGINIA A. PHILLIPS
                                     United States District Judge